# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

LADETHRA K MCFARLAND,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 15-cv-02062-VC

**ORDER RE: MOTION TO DISMISS**

Re: Dkt. No. 10

If McFarland does not file a response to the motion to dismiss by Tuesday, October 6, 2015, her appeal will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 23, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADETHRA K MCFARLAND,<br>    Plaintiff,<br>v.<br>SOCIAL SECURITY ADMINISTRATION,<br>    Defendant. | Case No. 15-cv-02062-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ladethra K McFarland
1443 Chinook Court
Unit F
San Francisco, CA 94130


Dated: September 23, 2015

Susan Y. Soong
Clerk, United States District Court


By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2